NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GERALD ALLEN PERRY,**

*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**

*Defendant-Appellee.*

---

2013-5120

---

Appeal from the United States Court of Federal Claims in No. 13-CV-0332, Judge Lynn J. Bush.

---

**ON MOTION**

---

**O R D E R**

Gerald Allen Perry moves to "arbitrate or oversee a settlement agreement of claims", which the court treats as a motion to enter the court's mediation program. Pursuant to guideline 2 of the United States Court of Appeals for the Federal Circuit's Appellate Mediation Program Guidelines, "All cases in which the parties are represented by counsel are eligible for the program." Mr. Perry is proceeding as a pro se appellant, and therefore is not eligible to enter the mediation program.

2                                        PERRY v. US

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21